1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GERALD LAMAR WADE,                    No.  2:22-cv-2194-KJM-KJN (PS)

12              Plaintiff,                  FINDINGS AND RECOMMENDATIONS TO
                                           DISMISS WITHOUT PREJUDICE FOR
13         v.                              FAILURE TO PROSECUTE

14    GAT-AIRLINE GROUND SUPPORT,

15              Defendant.

16

17         Plaintiff filed this action on December 9, 2022, and requested leave to proceed in forma

18    pauperis (IFP).  (ECF Nos. 1, 2.)  On May 18, 2023, the court granted plaintiff's IFP request and

19    issued an order directing service.  (ECF No. 3.)  The clerk's office attempted to serve the order

20    and submission documents on plaintiff at the address provided by mail, but on June 26, 2023, the

21    order and submission documents were returned as undeliverable.

22         Under Local Rule 183(b), a party appearing pro se must keep the court advised as to his or

23    her current address.  If mail directed to a pro se plaintiff by the clerk is returned, and the plaintiff

24    fails to advise the court of a current address within sixty-three (63) days, the court may dismiss

25    the action without prejudice for failure to prosecute.  L.R. 183(b).  Here, plaintiff was to notify

26    the court of any change of address by September 5, 2023, i.e., within sixty-three (63) days of the

27    court's June 26, 2023 order.  Because that date passed and plaintiff has not notified the court of a

28    current address, the court recommends that plaintiff's claims be dismissed without prejudice.

1

1

**FINDINGS AND RECOMMENDATIONS**

2       Accordingly, IT IS HEREBY RECOMMENDED that:

3       1.  Plaintiff's claims be DISMISSED without prejudice under Local Rule 183(b); and

4       2.  The Clerk of Court be directed to close this case.

5       These findings and recommendations are submitted to the United States District Judge

6 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen (14)

7 days after being served with these findings and recommendations, any party may file written

8 objections with the court and serve a copy on all parties.  Such a document should be captioned

9 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

10 shall be served on all parties and filed with the court within fourteen (14) days after service of the

11 objections.  The parties are advised that failure to file objections within the specified time may

12 waive the right to appeal the District Court's order.  Turner v. Duncan, 158 F.3d 449, 455 (9th

13 Cir. 1998); Martinez v. Ylst, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

14 Dated:  October 16, 2023

15

16                            KENDALL J. NEWMAN

wade.2194                 UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28